IN THE DISTRICT COURT OF THE UNITED STATES
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO.: 2:12-148 |
| | ) | |
| vs. | ) | 18 U.S.C. § 922(g)(1) |
| | ) | 18 U.S.C. § 924(a)(2) |
| **DESHAWN R. RIVERS** | ) | 18 U.S.C. § 924(e) |
| | ) | 21 U.S.C. § 841(a)(1) |
| | ) | 21 U.S.C. § 841(b)(1)(C) |
| | ) | |
| | ) | |
| | ) | **INDICTMENT** |

## COUNT 1

THE GRAND JURY CHARGES:

That on or about September 16, 2010, in the District of South Carolina, the defendant, **DESHAWN R. RIVERS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm and ammunition, that is, a Springfield Armory .40 caliber pistol and .40 caliber ammunition, all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## COUNT 2

THE GRAND JURY FURTHER CHARGES:

That on or about February 9, 2011, in the District of South Carolina, the defendant, **DESHAWN R. RIVERS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly did possess, in and affecting commerce, a firearm and ammunition, that is, an SKS 7.62 x 39 caliber rifle and .40 caliber and .380 caliber ammunition, all of which had been shipped and transported in interstate and foreign commerce;

In violation of Title 18, United States Code, Sections 922(g)(1), 924(a)(2) and 924(e).

## COUNT 3

THE GRAND JURY FURTHER CHARGES:

That on or about February 9, 2011, in the District of South Carolina, the Defendant, **DESHAWN R. RIVERS**, knowingly, intentionally, and unlawfully did possess with intent to distribute a quantity of cocaine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A __True_____BILL

_____
FOREPERSON

_____
WILLIAM N. NETTLES (ptp)
UNITED STATES ATTORNEY