FILED: November 20, 2014

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-4476**
**(2:12-cr-00148-PMD-1)**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

DESHAWN R. RIVERS,

    Defendant - Appellant.

O R D E R

  Deshawn R. Rivers seeks to appeal his criminal sentence.  The Government has moved to dismiss the appeal as untimely.

  In criminal cases, the defendant must file the notice of appeal within fourteen days after the entry of judgment. Fed. R. App. P. 4(b)(1)(A).  With or without a motion, upon a showing of excusable neglect or good cause, the district court may grant an extension of up to thirty days to file a notice of appeal.  Fed. R. App. P. 4(b)(4); United States v. Reyes, 759 F.2d 351, 353 (4th Cir. 1985).

The district court entered judgment on July 19, 2013. The notice of appeal was filed on June 2, 2014. Because Rivers failed to file a timely notice of appeal or to obtain an extension of the appeal period, we grant the Government's motion to dismiss the appeal.

Entered at the direction of the panel:  Judge King, Judge Keenan, and Senior Judge Hamilton.

For the Court

/s/ Patricia S. Connor, Clerk